UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| RAJAN PATEL, | ) |  |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | NO. 3:18-cv-01199 |
| MEHARRY MEDICAL SCHOOL, | ) | |
| Defendants. | ) | |

# ORDER

Before the Court is a Report and Recommendation from Magistrate Judge Newbern (Doc. No. 28), in which she concludes that Defendant's Motion to Dismiss (Doc. No. 21) should be granted and this case dismissed. No objections have been filed.

The facts and background of this this matter are set forth by in the Report and Recommendation. (Doc. No. 44 at 1-3.) The Court agrees with the analysis and conclusion of the Magistrate Judge that the Complaint does not state a plausible failure-to-accommodate claim. (Id. at 3-6.) Accordingly, the Report and Recommendation (Doc. No. 28) is **APPROVED AND ADOPTED**. Defendant's Motion to Dismiss (Doc. No. 21) is **GRANTED**. This case is **DISMISSED WITH PREJUDICE**.

This is a final order. The Clerk shall issue judgment under the Federal Rules of Civil Procedure and close the file.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE